UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY WAKLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-00508-JPH-MG |
| THE TRUSTEES OF INDIANA UNIVERSITY, | ) ) ) |
| Defendant. | ) ) |

MINUTE ENTRY FOR DECEMBER 16, 2024
SETTLEMENT CONFERENCE
HON. MARIO GARCIA, MAGISTRATE JUDGE

The parties appeared in person and by counsel for a settlement conference. Conference adjourns without a resolution.

This matter is scheduled for a telephonic status conference on **Friday, March 21, 2025 at 2:30 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

So ORDERED.

Date: 12/18/2024

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record