UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY WAKLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-00508-JPH-MG ) |
| THE TRUSTEES OF INDIANA UNIVERSITY, | ) ) ) |
| Defendant. | ) |

**MINUTE ENTRY FOR MARCH 21, 2025**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference. Parties to notify chambers once a decision on the forthcoming Motion for Summary Judgment is decided.

Date: 3/24/2025

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.