# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **ANTHONY WAKLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **CASE NO. 1:24-cv-00508-JPH-MG** |
| | ) |
| **INDIANA UNIVERSITY,** | ) |
| | ) |
| **Defendant.** | ) |

## APPENDIX OF EXHIBITS TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFEDANT'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff, by counsel, files his Appendix of Exhibits to his Response in Opposition to Defendant's Motion for Summary Judgment, filed contemporaneously herewith, and designates his additional evidentiary materials relied upon in connection therewith, the pertinent portions of which are attached hereto, as follows:

1. Exhibit 1 –Tony Wakley Deposition (Already produced by Defendant as Dkt. 30-1);

2. Exhibit 2 – Defendant's Exhibit 2(A):  January 10, 2024, Email from Tony Wakley to Joe Goins (Already produced by Defendant as Dkt. 30-3);

3. Exhibit 3 – Defendant's Exhibit 3(C):  January 18, 2024, Email from Yolanda Taylor to Tony Wakley (Already produced as Dkt. 30-14);

4. Exhibit 4 – Tony Wakley's Sick Days;

5. Exhibit 5 – February 1, 2024, Remote Work Arrangement;

6. Exhibit 6 – February 1, 2024, Email Sent from Joe Goins to Tony Wakley;

7. Exhibit 7 – Defendant's Exhibit 2(F) – Termination Letter (Already produced by Defendant as Dkt. 30-12);

8. Exhibit 8 – Defendant's Responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents;

9.      Exhibit 9 – Defendant's FMLA Policy;

10.     Exhibit 10 – Defendant's Attendance, Absences, and Personal Emergency Policy;

11.     Exhibit 11 – Defendant's Corrective Action Policy; and

12.     Exhibit 12 – Emails Regarding Dan McGee.

Respectfully submitted,

By:  */s/ Ryan Sullivan*
Ryan Sullivan, Atty No. 34217-64
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, IN 46204
Telephone:     (317) 991-4765
Facsimile:     (812) 424-1005
Email:          rsullivan@bdlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

*Counsel for Defendant*

Hamish S. Cohen
Brian Weir-Harden
Mattingly Burke Cohen & Biederman LLP
111 Monument Circle, Suite 3950
Indianapolis, IN 46204
Brian.Weir-Harden@mbcblaw.com
Hamish.Cohen@mbcblaw.com

s/ Ryan Sullivan
Ryan Sullivan