# EXHIBIT 1

# TONY WAKLEY DEPOSITION
## (Already Produced by Defendant as Dkt. 30-1)