# EXHIBIT 2

# DEFENDANT'S EXHIBIT 2(A): JANUARY 10, 2024, EMAIL FROM TONY WAKLEY TO JOE GOINS
# (Already produced by Defendant as Dkt. 30-3)