# EXHIBIT 3

# DEFENDANT'S EXHIBIT 3(C):  JANUARY 18, 2024, EMAIL FROM YOLANDA TAYLOR TO TONY WAKLEY (Already produced by Defendant as Dkt. 30-14)