# EXHIBIT 4

# TONY WAKLEY'S
# SICK DAYS



TimeOff    FLEX/Overtime    WebApps Menu    CFS Resource Center

**Search Criteria**

RequestID: | Supervisor: GOINS, JOE ALLEN | Employee: WAKLEY, TONY R. | Shop: | Type: | Start Date: 1/1/2024 | End date: 1/31/2024 | Search | Default | Clear

Show: 10

| # | ID | Name | Shop | Type | Comments | From | To | Hours | SubmittedBy | SubmitDate | UpdatedBy | UpdateDate |
|---|-----|------------------|-------|------|-------------------------|----------------------------|----------------------------|-------|---------------------|---------------------|---------------------|---------------------|
| 1 | 333490 | WAKLEY, TONY R. | BUSIN | Sick | called in at 2:19 am | Friday, January 05, 2024 | Friday, January 05, 2024 | 8 | WILLIAMS, LISA M | 1/5/2024 8:00:11 AM | WILLIAMS, LISA M | 1/5/2024 8:00:11 AM |
| 2 | 334077 | WAKLEY, TONY R. | BUSIN | Sick | called in @ 8:16 pm on 1/15 | Tuesday, January 16, 2024 | Wednesday, January 17, 2024 | 16 | MYERS, SASHA IRENE | 1/16/2024 6:29:41 AM | MYERS, SASHA IRENE | 1/16/2024 6:29:41 AM |
| 3 | 334281 | WAKLEY, TONY R. | BUSIN | Sick | called in @ 10:02 pm on 1/17 | Thursday, January 18, 2024 | Thursday, January 18, 2024 | 8 | MYERS, SASHA IRENE | 1/18/2024 6:32:32 AM | MYERS, SASHA IRENE | 1/18/2024 6:32:32 AM |
| 4 | 334368 | WAKLEY, TONY R. | BUSIN | Sick | called in @ 10:33 pm on 1/18 | Friday, January 19, 2024 | Friday, January 19, 2024 | 8 | MYERS, SASHA IRENE | 1/19/2024 6:42:56 AM | MYERS, SASHA IRENE | 1/19/2024 6:42:56 AM |
| 5 | 335219 | WAKLEY, TONY R. | BUSIN | Sick | | Wednesday, January 31, 2024 | Wednesday, January 31, 2024 | 8 | WILLIAMS, LISA M | 1/31/2024 9:15:36 AM | WILLIAMS, LISA M | 1/31/2024 9:15:36 AM |

| Sick | | Vacation | | FLEX | | Jury Duty | | Funeral | | Over Time | | Banked Holiday | | Military Duty | | LTFLEX | | Out Of Office | | PTO |

**IUPUI**

**CAMPUS FACILITY SERVICES**

INDIANA UNIVERSITY

©2008 Indiana University Purdue University Indianapolis
Campus Facility Services All Rights Reserved