# EXHIBIT 5

# FEBRUARY 1, 2024, REMOTE WORK ARRANGEMENT

# Remote Work Arrangement

> Status: ENROUTE

## Employee Information

**Name:** Tony Wakley

**University ID:** 0001075142

**Phone Number:** 317/274-8537

**Job Title/Rank:** Financial Administration Spec

**Department Code:** IN-CFSG

**Campus:** IN

## Remote Work Arrangement Details

**Work Type:** FULLY_REMOTE

**Start Date:** 02/01/2024

**End Date:** 02/01/2025

**Core Work Hours:** 09:00 AM - 05:30 PM EST daily

**Remote Work Location:** Home

**Country Working From:** United States (US)

**State Working From:** Indiana (IN)

**Reason for Remote Work:**
I am formally requesting to continue my 100% remote work arrangement for several compelling reasons:

1. My position has been successfully operated remotely for the past 3 years.
2. Following the reclassification from Manager to Specialist, my role no longer necessitates regular presence in a university office environment.
3. I no longer have supervisory responsibilities due to an unfilled vacancy.
4. The nature of my position is ideally suited for full remote work.
5. Remote work eliminates 2.5 to 4 hours of weekly commuting time.
6. It supports the University's commitment to sustainability by reducing my carbon footprint.

Confidential                                                                    IU_Wkly0086

7. This arrangement makes available a parking spot for staff or students, addressing a longstanding issue of limited parking availability.
8. It enhances my job satisfaction and morale.
9. I have found remote work to be more efficient and productive than hybrid or in-office alternatives.
10. It compensates for a decade of stagnant wage growth, particularly impacting lower-tier compensation positions.
11. It mitigates the impact of the widening wage gap between staff earning under $80K and those earning over $100K.
12. This approach aligns with modern workforce practices and policies.
13. It reflects the University's commitment to supporting and rewarding its staff.
14. To address financial pressures from stagnant wages and rising costs of living, I have made significant budget adjustments, including forgoing vehicle ownership.
15. It demonstrates the University's dedication to forward-thinking practices, employee support, and adaptability.
16. It exemplifies the University's ethos of trust and empowerment, fostering respect and work-life integration.
17. While the University allows 100% remote work arrangements, it would be logical and beneficial to extend this to my position, potentially as an exception within my department.

In addition to the previously stated reasons for requesting to continue my 100% remote work arrangement, I have two critical personal circumstances to consider:

1. I am the primary caregiver for my elderly mother-in-law, whose health is declining. She has experienced serious falls, including undergoing hip replacement surgery, and shows signs of dementia. Being fully remote allows me to monitor and care for her, thus avoiding the risk of leaving her unattended all day.
2. My mother, who resides in Florida and lives alone, is experiencing a significant decline in her health and was recently hospitalized. Given her deteriorating condition, it is expected that she will soon require supervised care. This may involve moving her in with us or my needing to temporarily live with her, depending on her condition and requirements.
The ability to work 100% remotely is essential in allowing me to effectively fulfill my work responsibilities while also addressing these urgent family caregiving needs. As my mother and mother-in-law approach the end of their lives, the flexibility provided by remote work becomes increasingly critical. It enables me to provide the necessary support and care for my family during this challenging time. In light of these personal circumstances, coupled with the professional benefits of remote work for my position, I strongly believe that maintaining my current remote

Confidential	IU_Wkly0087

work arrangement is in the best interest of both my family and the University. This setup allows me to continue contributing effectively to my role while managing significant family responsibilities.

## Review Information

**Supervisor:** Joe Goins

**Document Number:** 93581930

**Create Date:** 02/01/2024

**Acknowledgement**

- I have read the remote work policy and guidelines. I understand the requirements and obligations I am expected to meet as a remote worker. I must perform all the position's essential functions, just as if I were working on campus.

- I acknowledge that nothing contained in this remote work arrangement conveys a contract of employment. Remote work arrangements are extended as a privilege and not a right. This arrangement does not alter or supersede the terms of the existing at-will employment relationship.

- I understand and accept the aspects of the remote work arrangement. I know that management reserves the right to alter, modify, or cancel the terms of a remote work arrangement based on business needs at any time. If any information contained in this arrangement changes, it is my responsibility to initiate the completion of an amended Remote Work Arrangement.

- If I am a non-exempt employee, I understand my expectations about clock-in/clock-out, whether travel time counts as work time, etc., for purposes of compliance with Wage and Hours Laws; all hours worked must be reported, and overtime still requires advance approval by the direct supervisor.

- I understand that I must use applicable paid time off if I am ill, providing occasional care for members of their household, or personal appointments or errands. Additionally, I must work on campus or use the applicable paid time off if I cannot work remotely because of equipment failures or utility outages.

- I am responsible for protecting the security and privacy of university data & information and agree to follow all university IT guidelines and policies. IU-approved storage solutions should be used as appropriate for the relevant data classification. When hard copy material cannot be kept on campus, those materials should be stored in a location that has acceptable access

Confidential                                                                                                            IU_Wkly0088

control measures, such as a locked cabinet or locked office. A locked car is not considered a secured location.

- I acknowledge I will not be reimbursed or provided a subsidy for utilities, internet service, or parking, except as required by the applicable state law for remote employees who work outside the state of Indiana. I am responsible for ensuring that my data plan is adequate to support remote work and for any cost incurred for that data plan. IU will not provide or reimburse a phone (landline or cell) or data plan.

- I am responsible for designating a workspace that will not subject me to interruptions or distractions.

- I certify that my proposed location is set up for remote work and does not create safety hazards. I am responsible for any operating cost, maintenance, or other incidental cost associated with the use of the work location.

- I have discussed and documented additional aspects of the remote work arrangements required by the policy or my unit.
    - These aspects may include university-owned equipment (computer, monitor, chair, etc.); requirements for coming to campus on a periodic or occasional basis for meetings, training, etc.;
    - expectations regarding professional representation in video backgrounds, attire, ambient sound, and phone/video etiquette;
    - expectations regarding availability, responsiveness, and productivity during remote work; and
    - ensuring management and safety of institutional data.

[View Actions Taken and Comments](#)

Confidential

IU_Wkly0089