# EXHIBIT 6

# FEBRUARY 1, 2024, EMAIL SENT FROM JOE GOINS TO TONY WAKLEY

**From:** "Wakley, Tony R" <twakley@iupui.edu>
**To:** "Dawn, Jeffrey D" <jddawn@iupui.edu>
**Subject:** Fw: Next steps on Bus Office staff member
**Date:** Thu, 01 Feb 2024 13:38:33 -0500
**Importance:** Normal
**Inline-Images:** Outlook-iupui-logo.png; Outlook-iupui-logo(1).png

---

**Tony Wakley**
Financial Manager
Campus Facility Services
Health Sciences Bldg
1050 Wishard Blvd., 4033B
Indianapolis, IN 46202
http://cfs.iupui.edu
(317) 274-8537
twakley@iupui.edu



Be sure to call 317/278-1900 for all your facility needs

---

**From:** Wakley, Tony R <twakley@iupui.edu>
**Sent:** Thursday, February 1, 2024 1:37 PM
**To:** Goins, Joe A <jgoins@iupui.edu>
**Cc:** Plawecki, Jeffrey R <jplaweck@iupui.edu>; Williams, Richard C <rcwillia@iupui.edu>; Thomas, Kent Bryon <kentthom@iu.edu>; Taylor, Yolanda F <yftaylor@iu.edu>
**Subject:** Re: Next steps on Bus Office staff member

Yolonda,

Wow. I have a lot to say and do about this unwarranted move on everyone's part and the University. To keep it short at this point I will just say

In no way did I nor would I voluntarily resign from my position. I did no such thing on February 1st nor would I nor do I have plans to. No corrective action was every taken in any way leading up to this egregious letter being sent and it is my position that none is warranted.

I plan to continue my employment unless I am being terminated by the University.

It is nice to see Joe got a promotion to Assistant Director, Financial Management. Congratulations Joe.


Sincerely,

**Tony Wakley**
Financial Administration Specialist
Campus Facility Services

Health Sciences Bldg
1050 Wishard Blvd., 4033B
Indianapolis, IN 46202
http://cfs.iupui.edu
(317) 274-8537
twakley@iupui.edu



Be sure to call 317/278-1900 for all your facility needs

---

**From:** Goins, Joe A <jgoins@iupui.edu>
**Sent:** Thursday, February 1, 2024 1:23 PM
**To:** Wakley, Tony R <twakley@iupui.edu>
**Cc:** Plawecki, Jeffrey R <jplaweck@iupui.edu>; Williams, Richard C <rcwillia@iupui.edu>; Thomas, Kent Bryon <kentthom@iu.edu>; Taylor, Yolanda F <yftaylor@iu.edu>
**Subject:** FW: Next steps on Bus Office staff member

---

Tony
Please read the attached letter, if you have any questions regarding the matter please contact Yolanda.
Joe


# Yolanda Taylor

Human Resources Business Partner
Indiana University – Indianapolis, Campus Human Resources
Health Sciences Building, room 4035
1050 Wishard Blvd
Indianapolis, IN 46202-2859
Phone:  317-274-4631