# EXHIBIT 7

# DEFENDANT'S EXHIBIT 2(F) – TERMINATION LETTER
# (Already produced by Defendant as Dkt. 30-12)