# EXHIBIT 10

# DEFENDANT'S ATTENDANCE, ABSENCES, AND PERSONAL EMERGENCY POLICY

Contact

Menu

**University Policies**

# Attendance, Absences, and Personal Emergency

HR-06-20



Scope

Policy Statement

Procedures

Sanctions

Redacted

History

# About This Policy

**Effective Date:**

11-01-1979

**Date of Last Review/Update:**

06-01-2022

**Responsible University Office:**

Human Resources

**Responsible University Administrator:**

Vice President and Chief Human Resources Officer

**Policy Contact:**

Redacted

**Policy Feedback:**

If you have comments or questions about this policy, let us know with the Redacted

# Scope

This policy applies to all staff and part time employees.

Back to top

# Policy Statement

## Attendance

1. Regular attendance, as established by the unit, is a condition of employment.
2. Attendance problems will be addressed through the corrective action process.
3. Approved absences and any verification of the reason for the absence are subject to the provisions contained in the applicable time-off policies.

## Reporting absences

1. All employees are personally responsible for reporting absences to their supervisor before the scheduled workday begins.
2. If the absence is an emergency, the employee must notify their supervisor as soon as possible and provide the reason and expected return time.
    a. If the supervisor cannot be reached, the employee should follow the unit's reporting procedure.
        i. For Non-Exempt CWA covered positions at IU Northwest, if the supervisor is unavailable, the staff member should notify the campus Human Resources office to relay any message to the supervisor.

## Unexcused absences cause for separation

1. Unexcused absences, with or without pay or time-off accrual, may be subject to disciplinary action through the corrective action process.
2. Consecutive absences without proper notification, as defined above, are subject to involuntary separation.
    a. Three consecutive working days absent without proper notification may be cause for separation.
    b. Five consecutive working days absent without proper notification is cause for separation.
3. Before separating an employee, units must consult with the campus Human Resources office or Indiana University Human Resources.

## Personal emergency

1. These events are typically unforeseen, require immediate action, and are beyond the employee's control. See Income Protection Time (Sick Time) Redacted

2. The employee must notify their supervisor as soon as possible and provide the reason and the expected return time.

3. The employee may be required to provide documentation on the nature and circumstances of the absence.

4. The employee may use paid time off for personal emergencies, including Income Protection Time (Sick Time).

**Pay and time-off accruals**

1. An absence will fall into one of three categories:
   a. An absence with pay and with time-off accruals,
   b. An absence without pay and with time-off accruals, or
   c. An absence without pay and without time-off accruals.

Back to top

# Procedures

1. Paid time-off procedures for Non-Exempt Staff (excluding PAO and PAU) staff, see the appropriate paid time-off policies Time Off for Funerals and Bereavement Redacted                                                                                                     , Vacation Time Redacted                                                                          , or Income Protection Time (Sick Time) Redacted

2. Paid time-off procedures for Exempt staff and Non-Exempt Non-Union PAO and PAU staff, see the appropriate paid time-off policies Paid Time Off (PTO) for Exempt staff and Non-Exempt Non-Union PAO and PAU staff Redacted                                              or Paid Time Off (PTO) for PB Redacted                                                                                                                      .

3. See the Time Off Accruals during Absences <https://policies.iu.edu/policies/hr-05-90-timeoff-accruals-during-absences/index.html> policy for information about absences with pay and time-off accrual, absences without pay and with time-off accrual, and absences without pay and without time-off accrual.

Back to top
## Sanctions

Managers, supervisors, and employees who violate this policy are subject to corrective action, up to and including separation.

Back to top
## History

**June 2022**
Updated "temporary" employee nomenclature to "part time".

**October 2021**
IU HR completed a full and substantive review to assess the ongoing need and effectiveness.

**February 2021**
Updated the staff employee group terms due to Job Framework Redesign Project.

Replacing the following policies:

| Union or Employee Group | Policy |
|---|---|
| AFSCME Police | Attendance, Absences, and Personal Emergency |
| AFSCME Service | 6.1 Absences With and Without Pay |

| CWA | 4.1 Attendance, Absences, and Personal Emergency |
|---|---|
| Professional and Support/Service Staff not covered by a union | 4.1 Attendance, Absences, and Personal Emergencies |
| Temporary | 3.1 Attendance and Reporting Absences |

Replaces parts of the following policies:

| AFSCME Police | AFSCME Service | CWA | Professional Staff and Support and Service Staff not Covered by a Union |
|---|---|---|---|
| Vacation<br>- C.2.b.<br>- C.2.c.<br>- C.2.d. | 5.7- Vacation<br>- C.2.b.<br>- C.2.c.<br>- C.2.d. | 12.7 - Vacation Time<br>- Pro D.1.a.1.<br>- Pro D.1.a.2. | 10.4 - Vacation for Support and Service Staff<br>- C.13.<br>- C.14. |

Back to top