# EXHIBIT 12

# EMAILS REGARDING DAN MCGEE

**From:** "Taylor, Yolanda F" <yftaylor@iu.edu>
**To:** "Goins, Joe A" <jgoins@iupui.edu>
**Cc:** "Williams, Richard C" <rcwillia@iupui.edu>, "Plawecki, Jeffrey R" <jplaweck@iupui.edu>, IN-CFS-HR <IN-CFS-HR@exchange.iu.edu>
**Subject:** RE: DAN MCGEE TERMINATION HOURS USAGE
**Date:** Tue, 27 Feb 2024 10:40:42 -0500
**Importance:** Normal
**Attachments:** image001.png

---

Hi Joe,

Yes, I am in agreement with Dan remaining active with the university, and him taking continuous accrued vacation time starting February 19, 2024 to May 3, 2024. Dan's retirement/term date would be May 4, 2024. I've also cc'd Rick and Jeff in case they have any questions.

The eDoc needed form will be initiated to start the process. Thanks.

### Yolanda Taylor

Human Resources Business Partner
Indiana University – Indianapolis, Campus Human Resources
Health Sciences Building, room 4035
1050 Wishard Blvd
Indianapolis, IN 46202-2859
Phone: 317-274-4631
Fax: 317-274-2900
yftaylor@iu.edu
https://hra.iupui.edu/



**Four Simple Actions**
Ask me what I think.
Tell me what you expect of me.
Say something positive about my work.
Share information that will help me.

**CONFIDENTIALITY NOTICE**
This message, including all attachments, may contain confidential or privileged information and is intended for the sole use of the intended recipient(s). If you are not the intended recipient(s) you should not use, disclose, copy, or disseminate this information. If you have received this message in error, please notify the sender and delete the message and all attachments from your system, securely and confidentially destroying the information regardless of format (for example, electronic, fax, or hardcopy). Any retention, disclosure, copying, distribution or use of this information by anyone other than the intended recipient is strictly prohibited. If you are the intended recipient of this communication, the author requests that you not forward it to any other person without prior consent. Your cooperation is greatly appreciated.

---

**From:** Goins, Joe A <jgoins@iupui.edu>
**Sent:** Friday, February 23, 2024 2:00 PM
**To:** Taylor, Yolanda F <yftaylor@iu.edu>
**Subject:** FW: DAN MCGEE TERMINATION HOURS USAGE

---

**From:** McGee, Daniel L <dmcgee@iupui.edu>
**Sent:** Thursday, February 22, 2024 2:48 PM
**To:** Goins, Joe A <jgoins@iupui.edu>
**Subject:** DAN MCGEE TERMINATION HOURS USAGE

Joe,

Here is what I have come up with concerning my Vacation time usage prior to retirement.

I would work through 5/3/24 and my termination date would be 5/4/24.

This would bring my Term. Vacation hours below the max of 872.00 hours.

Please share and let me know if this is acceptable.

Thank you...

Confidential　　IU_Wkly0913

**From:** "Taylor, Yolanda F" <yftaylor@iu.edu>
**To:** "Goins, Joe A" <jgoins@iupui.edu>
**Cc:** "Plawecki, Jeffrey R" <jplaweck@iupui.edu>, "Williams, Richard C" <rcwillia@iupui.edu>
**Subject:** RE: Payroll and Employee Issues
**Date:** Tue, 20 Feb 2024 12:12:45 -0500
**Importance:** Normal
**Attachments:** image001.png

---

Hi All,

Per previous conversations, Dan is refusing to return to working in the office (solely working remotely) and has stated that he will retire. Allowing Dan to continue to work remotely and circumvent the remote work guidelines is not fair or equitable to other employees. I spoke with Juletta and proposed the following, which Juletta supports. Since Dan has decided to retire, we will need the effective date of the retirement so that we can start the process closer to the retirement date.

I am in support of Dan utilizing his vacation hours consecutively starting February 20, 2024 until he has less than 872 hours accrued, and then retire. The estimated retirement date would be around May 6, 2024. This will allow Dan to receive the maximum payment for unused accrued vacation hours (up to 872 hours). Dan will also receive the current 20.2 hours of holiday as well as the projected 8 hours of holiday he will receive on March 1, 2024. As for his sick time (income protection), per the policy, Dan would be eligible to receive 50% of his sick time (income protection) as long as he has more than 312 hours, or he would receive 25% of his sick time (income protection) if he has less than 312 hours, but more than 152 hours.

Please let me know if you support this proposal. If this proposal is supported, it would need to be communicated to Dan and Dan would need to be in agreement.

Would you like for me to reach out to Dan or Joe will you reach out to him? We will need the effective date of his retirement as well as his confirmation to proceed with the proposed vacation time off.

Please let me know if you have any questions. Thanks.

**Yolanda Taylor**
Human Resources Business Partner
Indiana University – Indianapolis, Campus Human Resources
Health Sciences Building, room 4035
1050 Wishard Blvd
Indianapolis, IN 46202-2859
Phone:  317-274-4631
Fax: 317-274-2900
yftaylor@iu.edu
https://hra.iupui.edu/



**Four Simple Actions**
Ask me what I think.
Tell me what you expect of me.
Say something positive about my work.
Share information that will help me.

**CONFIDENTIALITY NOTICE**
This message, including all attachments, may contain confidential or privileged information and is intended for the sole use of the intended recipient(s). If you are not the intended recipient(s) you should not use, disclose, copy, or disseminate this information. If you have received this message in error, please notify the sender and delete the message and all attachments from your system, securely and confidentially destroying the information regardless of format (for example, electronic, fax, or hardcopy). Any retention, disclosure, copying, distribution or use of this information by anyone other than the intended recipient is strictly prohibited. If you are the intended recipient of this communication, the author requests that you not forward it to any other person without prior consent. Your cooperation is greatly appreciated.

**From:** Goins, Joe A <jgoins@iupui.edu>
**Sent:** Tuesday, February 20, 2024 9:09 AM
**To:** Taylor, Yolanda F <yftaylor@iu.edu>
**Cc:** Plawecki, Jeffrey R <jplaweck@iupui.edu>; Williams, Richard C <rcwillia@iupui.edu>
**Subject:** RE: Payroll and Employee Issues

His vacation starts Feb. 20th and ends March 20th. I will try to call him this afternoon about a date for retirement.
Joe

**From:** Taylor, Yolanda F <yftaylor@iu.edu>
**Sent:** Monday, February 19, 2024 9:37 PM
**To:** Goins, Joe A <jgoins@iupui.edu>
**Cc:** Plawecki, Jeffrey R <jplaweck@iupui.edu>
**Subject:** FW: Payroll and Employee Issues

Hi Joe,

Dan discussed retirement, but is there a retirement date? When will his time off start and end?

## Yolanda Taylor

Human Resources Business Partner
Indiana University – Indianapolis, Campus Human Resources
Health Sciences Building, room 4035
1050 Wishard Blvd
Indianapolis, IN 46202-2859
Phone:  317-274-4631
Fax: 317-274-2900
yftaylor@iu.edu
https://hra.iupui.edu/

**Four Simple Actions**
Ask me what I think.
Tell me what you expect of me.
Say something positive about my work.
Share information that will help me.

**CONFIDENTIALITY NOTICE**
This message, including all attachments, may contain confidential or privileged information and is intended for the sole use of the intended recipient(s). If you are not the intended recipient(s) you should not use, disclose, copy, or disseminate this information. If you have received this message in error, please notify the sender and delete the message and all attachments from your system, securely and confidentially destroying the information regardless of format (for example, electronic, fax, or hardcopy). Any retention, disclosure, copying, distribution or use of this information by anyone other than the intended recipient is strictly prohibited. If you are the intended recipient of this communication, the author requests that you not forward it to any other person without prior consent. Your cooperation is greatly appreciated.

**From:** McGee, Daniel L <dmcgee@iupui.edu>
**Sent:** Monday, February 19, 2024 11:56 AM
**To:** IN-CFS-Facility Ops_ DirectorsOffice <IN-CFS-FacilityOps_DirectorsOffice@exchange.iu.edu>; IN-CFS-HR <IN-CFS-HR@exchange.iu.edu>
**Subject:** Payroll and Employee Issues

FYI....

As of today, and till further notice, Chrissi Spindler will be handling all Payroll Building Services related issues.

I will be on vacation....

Thanks....